IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA SUE KING ,

    Plaintiff,

v.

ALLEN "RICK" MCGRAW, et al.

    Defendants.

ORDER

Case No.  15-cv-257-wmc

    Plaintiff Melissa Sue King has requested leave to proceed without prepaying the filing fee in this civil action for monetary and other relief.  From the affidavit of indigency accompanying plaintiff's proposed complaint, the court cannot determine whether plaintiff qualifies for indigent status.  In plaintiff's affidavit, plaintiff states that she is unemployed, has no income and is not married.  However, plaintiff does not include information as to how she is able to pay for her basic living expenses such as food, clothing and shelter.  Without such information, I am unable to conclude that plaintiff qualifies for indigent status.  Therefore, I will provide plaintiff with the opportunity to supplement her request for leave to proceed without prepaying the filing fee by completing the enclosed affidavit of indigency.  In completing the affidavit, she should take care to state how she pays for basic necessities and make sure the affidavit contains her actual gross monthly income from all sources for the last 12 months.

ORDER

IT IS ORDERED that plaintiff Melissa Sue King may have until June 2, 2015, in which to amend her affidavit of indigency and return it to the court. Plaintiff should take particular care to show where she receives the means to pay for basic necessities, such as food, clothing and shelter. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny her request for leave to proceed without prepayment of the filing fee for failure to show that she is indigent.

Entered this 12th day of May, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge