IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA SUE KING,

    Plaintiff,

v.

ALLEN "RICK" MCGRAW, WYLEEN
MCGRAW, LORNA GARWOOD, ARNOLD
D. DARNELL, JANET M. FUNMAKER and
BARBARA FUNMAKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-257-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 8/21/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |